Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

```
FILED ✓      LODGED ___
RECEIVED ___ COPY ___

FEB 0 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Larry Flores
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Phoenix Police Dept AKA
_____
Defendant(s) City of Phoenix Police
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) Case No. **CV25-00364-PHX-JJT--ASB**
)        (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Larry Flores
- All other names by which you have been known:
- ID Number: B10494634
- Current Institution:
- Address: 2312 E. Springfield Place, Chandler, AZ 85286

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Oscar Jimenez
- Job or Title (if known): Police Officer City of Phx
- Shield Number: 10476
- Employer: City of Phoenix Police Dept
- Address: 7th Ave & Washington, Phoenix, AZ 85003
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Hunter Bail
- Job or Title (if known): Police Officer City of Phx
- Shield Number: 11578
- Employer: City of Phoenix Police Dept
- Address: 7th Ave & Washington, Phx, AZ 85003
- [✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Tanner Krouse
Job or Title (if known): Police Officer City of Phoenix
Shield Number: 10892
Employer: City of Phoenix Police Dept
Address: 7th Ave & Washington
Phx, AZ 85003
City   State   Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Cody Baxter
Job or Title (if known): Police Officer City of Phx Police
Shield Number: 10212
Employer: City of Phx Police Dept
Address: 7th Ave & Washington
Phx, AZ 85007
City   State   Zip Code
☒ Individual capacity   ☒ Official capacity

See Attachment #·A for the Rest

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment Violation / Profiling / Harassment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*1st Amendment*

5) Nicholas Roords
Police Officer City of Phoenix
10549
City of Phoenix Police
7th Ave & Washington
Phx, AZ 85003

☒ Individual Capacity   ☒ Official Capacity

6) Jayson Smith
Police Officer City of Phoenix
11526
City of Phoenix Police
7th Ave & Washington
Phoenix, AZ 85003

☒ Individual Capacity   ☒ Official Capacity

7) Grace Marie Schoen
Police Officer City of Phoenix
10521
City of Phoenix Police Dept
7th Ave & Washington
Phx, AZ 85003

☒ Individual Capacity   ☒ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Defendants acted under color of law by violating Mr. Flores 4th Amendment*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*June 24, 2022 @ 19th Ave & Broadway Road Phx, Az*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

June 24, 2022   Appx 2:45 pm

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see Attachment #B

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

x ~~N/A~~

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Emotional Distress    $ 3,000,000
2) Profiling Damages    $ 1,000,000
3) Harassment Damages    $ 1,000,000
4) False Imprisonment    $ 50,000
5) Car Tow    $ ~~50,000~~ 250

Page 5 of 11

Attachment B

# Summary Of June 24, 2022

Larry Flores

VS

City of Phoenix Police Department

AKA

Phoenix Police Department

CR 2022-123642-001

In this summary I will provide time stamped events that took place on June 24, 2022. Each timed stamped event will give you a brief play by play of multiple officer's roles in which fabrication of a story was made to gain entry of Mr. Flores's vehicle without probable cause. This is a 4th Amendment violation of Mr Flores's rights, as well as profiling and harassment, which come from the following events where the officer's roles are played in the hopes of securing a conviction. The one thing we are taught when we are younger is to trust the police, they're our community's protectors who follow the justice they are sworn into, an oath to serve and protect. On this day they did neither. As they failed to even ask a couple of simple questions to find out if Mr. Flores was well or if he needed medical attention whatsoever. Not one bothered to say or ask any questions related to the actual reasoning behind the call which lead those cops to Mr. Flores that day. A simple "what's your name?" or "Sir, are you hurt in any way?" would have been fine, but it just goes to show that's how corrupt the phoenix police really are. They have no value for human life, the only thing the officers had on their mind was how to gain entry without probable cause. So, the officers fabricated a story of seeing Mr. Flores throw something in the back seat of the vehicle and then proceeded to bring it back to the front of the vehicle. There are so many wild acts committed that day that it's really shocking. The disbelief that an officer would commit an act of that nature, well seeing is believing. Looking at the body cam footage it's like watching a movie but I lived that story and continue to live it. I hope that my story will reach and speak the truth. Sadly the simple fact is that people cannot or are not ready to realize the facts behind this case are real, which should be heard and deserve justice. In hopes that it will never happen again.

Names of all the Officers involved
[1. Oscar Jimenez #10476] [2. Hunter Bail # 11518]
[3. Konner Krouse # 10892] [4. Cody Baker # 10212]
[5. Nicholas Rounds # 10549] [6. Jayson Smith #11526]
[7 Grace Marie Schain # 10521]
All of the officers are Employed by the Phoenix police department

On June 24, 2022 there was a call made to 911 from a man named Miguel Gonzales. Miguel told the 911 dispatcher that there was a man who was slumped over at the wheel and had been there for about 8 to 9 minutes. Dispatch put out a call for a Victor 900 AKA a health and welfare check. The first officers to take the call were both officer Jimenez and officer Bail who are partners. They proceeded to station themselves right behind Mr. Flores's vehicle, to which now they are bumper to
bumper on the rear end of Mr. Flores's vehicle.

So upon arriving on scene officers gave dispatch the plate information and the dispatcher came back with "the car is registered under Larry Flores and it's a black Nissan Murano." So officers pinned Flores's vehicle and just before exiting their patrol cars dispatch notified the officers that that person does drugs so officers ordered the man out of the car at gunpoint with no response. Then after about 2 minutes into the call Mr. Flores awakes but still not fully coherent begins following the commands of the rear patrol car while still being very much lost and confused.

Officers Krouse and Baker conversate within each other about what Mr Flores did or did not do. Baker asks Krouse what the occupant was doing and Krouse responds with " I DON'T KNOW, I DON'T KNOW". Never once did you hear Baker or Krouse say that the occupant threw anything. So continuing on, guns are still drawn (both Krouse's and Bakers) they began moving in on the passenger side of the vehicle and ordered the occupant to keep his hands up. In which Mr Flores complied with orders given by the rear patrol car, due to both patrol cars' clearly ordering a man who as of a moment ago was still asleep unable to listen to two different commands by two separate patrol cars he chose to listen to a specific one. So officers move around to the driver's side and assist in the detaining of the occupant later known as Larry Flores. After pulling Flores out of the vehicle and taking him to the rear patrol car by officer Bail.

To Krouse and Rounds, (who showed up on scene just as Flores was awaking).. So Officers Jimenez and Baker stayed behind near Flores's vehicle, Officer Jimenez asked Baker what that was in the middle console

in the car and Baker knowing that he has known probable cause to touch anything in the vehicle looks in the vehicle and points at the object with his sunglasses and responds with that's one of them butane torch lighters. As Baker leans back into the vehicle at the passenger seat and comes out he says I thought I saw him, throw a bag or something and Jimenez says no he put something in that towel over there I'm going to check right now and walks away. Baker walks around to the passenger door while Jimenez walks to officer round and passes him a note out of camera's view and round read the note and puts it into his pocket.

Then Jimenez walked back to Flores car and begin searching it as Jimenez picked up the towel on the passenger seat Jimenez whistled this is also all while Jimenez had the barber bag in hand. As Baker started opening the passenger door Jimenez throws the barber bag on the seat and Baker asked Jimenez if he found anything and Jimenez responded with no as he gestured with his right hand on the middle console pointing which can be seen on both Baker and Jimenez bodycams [from 3:44 to 3:55] but seeing Jimenez gesture can be seen on baker bodycam [from 3:50 to 4:00].

Then Baker flips back the barber bag seeing a sock and Baker begins to rub the sock with two fingers and saying to Jimenez "there is something right here". Jimenez responded with "yeah"; and Baker says i'm going to get some gloves and both take off, that could be seen on both Baker and Jimenez body cam footage [from 4:05 to 4:15]. After both officers parted ways Jimenez walked back to the rear patrol car and just as Jimenez began to walk up his partner.

Bail steps forward to cover the camera view and Jimenez gives Krouse the thumbs up which can be seen on his own body cam right in the corner of the screen [from 4:05 to 4:15] thumbs up at 4:18] time look at the corner of your screen. Also, on Krouse's body cam you can see in the reflection of Krouse prior to Jimenez walking up Krouse was excited and ready to go he gestured to Jimenez which can be seen on Krouse's body cam from [4:00 to 4:05].

ALSO, AT THAT POINT THEY DECIDED TO FINALLY ASK MR FLORES HIS NAME. AFTER THEY HAVE ALREADY VIOLATED MR. FLORES'S 4TH AMENDMENT RIGHTS WITHOUT PROBABLE CAUSE [FROM 310 to 330]   [350 to 420]. So, after Jimenez gives Krouse the thumbs up to go Krouse takes off to the driver side door were Krouse pauses for a few seconds so Krouse and Baker could communication (you could see both Krouse and Baker in Baker's bodycam [from 4:17 to 4:22]).

Then Baker walks back to the rear of Mr. Flores car as he starts putting on his gloves in a gesturing way to Rounds. Starts walking to Rounds to walk up to Krouse and pauses for a brief second and then gets gestured by Krouse to come over so he can tell his story that could be seen on Krouse's Bodycam [From 4:25 To 4:35].
As Rounds walks up to Krouse he fumbles in his words and says, "so you guys seen him do" then corrects himself with "so you seen him do that then right?" and the story begins. That could be seen on both body cam of Rounds & Krouse [From 5:10 to 5:20] but you'll also see them crack jokes in regards to the nature of the call, something to the sense of we are here on a medical call and now we have this.

Just as that's all playing out Baker is in the passenger seat unwrapping the bong from the sock and tells Rounds and Krouse that he has found something in the socks. When Rounds was walking up on Krouse to get the story, Baker had told the both of them meaning (Krouse and Rounds) about finding something in the sock so Krouse started to fabricate a story; so he tells Rounds so we both looked at each other and he was like oh shit I seen him throw a white bag and His partner is unwrapping the bong and kinds presented to Krouse and then Krouse say oh yeah there it is and that could be seen on Baker's bodycam [From 4:10 to 4:50] the presenting of the bong and letting both Rounds & Krouse know he found something in the sock.

Then after Jimenez stands there as his partner gets Mr. Flores information, Jimenez closes the door and bail walks to passenger door of his patrol car where Mr. Flores sat. Jimenez walked back to Krouse and Rounds were Rounds tells
Jimenez "They" I say "They" because they are speaking for Baker Who hasn't said he has seen anything yet ... Well Round tells Jimenez they saw him throw a bong and Jimenez responded with I just saw him cover something with a towel that's all I saw.
{{{{{{{NOW REMEMBER WHAT JIMENEZ BIAS JUST SAID}}}}
That could be seen on Krouse and Jimenez bodycam And Rounds Bodycam from [8:00 to 8:35]
Then Krouse begins cracking jokes about what rocks money and a scale mean which can also be seen during that video.

Lieutenant Smith and Sargent Schain show up to the scene and as they are greeted by Jimenez who says "this is clearly not a DUI".
This one was working hard as his partner Bail comes out from the patrol car and gives the information to Jimenez such as; valid driver license, insurance everything is valid to warrant.
Then Jimenez cleans up the mess in which he has created for himself and tells his partner out loud look we were in the back car and we didn't see anything you got to talk to the guys in the front all we seen was him moving around (Which is called a furtive movement) which in that case they only have the right to look Within the vehicle. Not touch, move, or open anything only what they can see within the naked eye and that could be seen on both Bail and Jimenez's bodycam [from 3:10 to 3:30] they know that because in the beginning when Mr. Flores is pulled from the vehicle, Jimenez asked baker what that object was in the middle console and baker looked into the car and pointed at the object with his sun glasses knowing he didn't have probable cause to touch anything in the car this could be seen on Both Baker and Jimenez's bodycam [From 3:10 to 3:30].

So Jimenez tells his partner Bail to talk with Krouse and Baker. The Lieutenant Smith was speaking to Krouse as Krouse is selling It on the story about how him and Mr. Flores looked at each other and Mr. Flores

said "oh shit" then threw the barber bag back to the front meaning the "bong" then Smith turned to both Baker and Bail and asked the both of them what they saw and both officers ignored Lieutenant Smith as Baker turned away and stated "what did I see..? um.." as he picked up his sunglasses and Lieutenant Smith looked at both of the officers in disbelief that Baker was doing that. Meaning he's fabricating a story. So the Lieutenant Smith shook his head in disbelief and walked to his car that could be seen on Jimenez and Rounds body cam [from 4:15 to 4:25].

So Lieutenant Smith walks to his patrol car then comes back and asks if they had called for a tow and they responded with a "no" and Lieutenant Smith starts to walk back to his patrol car when Round flags him down and both Smith and Rounds turn off there body cams never to be turned back on. This could be seen on Round's video from ~~7:25~~ 2:10 7:25 to end, and on Smith's body cam from ~~7:10~~ till end.
[QUICK PAUSE, SO WHAT DO U THINK THEY TALKED ABOUT?]
[I CAN ONLY GUESS BUT I'M SURE WE CAN ALL FIGURE THAT OUT. THAT HE LET SMITH KNOW WHAT WAS GOING ON].

[ROUNDS IS FILLING IN SMITH ON THE DETAILS OF WHAT'S GOING ON HUH.]
So just shortly after Krouse, Baker, Bail and Jimenez all 10-4 and shut off their body cams to inventory evidence out of Mr.Flores car at 9:25 till end that could be seen on all 4 body cameras of the officers
[CAN ANYONE TELL ME IF THERE SOMETHING
WRONG WITH THAT?  ENTERING EVIDENCE WITH NO BODY CAMERAS ON?].

WELL THINGS GET CRAZIER SO SARGENT SCHIAN LEAVES HER BODY CAMERA ROLLING AND CATCHES THE 4 OFFICERS CRACKING JOKES ABOUT WHAT WENT DOWN.  THE 4 OFFICERS NOTICE THAT THE SGT HAS HER CAMERA ROLLING SO THEY STOP AND AND START INVENTORYING THE EVIDENCE IN THE BARBER BAG. AT THAT MOMENT YOU CAN CLEARLY SEE OFFICER KROUSE COME OUT OF MR. FLORES'S CAR AND PUT SOMETHING IN HIS FRONT

POCKET. THEN JIMENEZ LOOKS OVER AT HIS PARTNER BAIL TO BLOCK AND BAIL STEPS FORWARD TO BLOCK THE SARGENT'S BODYCAM AND KROUSE HANDS JIMENEZ SOMETHING OUT OF MR. FLORES CAR AND JIMENEZ PUTS IT IN HIS FRONT POCKET NOW MR. FLORES HAD SOME APPLE EARBUDS IN THE BARBER BAG THAT CAME UP MISSING AND LOGGED INTO HIS PHONE WEEKS LATER THEY CAN BE SEEN VERY LITTLE IN THE BAG.

THEN TO END THIS STORY WITH A BANG SO THE SARGENT PROCEEDS TO NOTICE THAT THE LIEUTENANT IS ALONE IN THE PATROL CAR SO SHE SNAPS HER FINGERS TO LET JIMENEZ, BAKER, BAIL, AND KROUSE KNOW AND SHE WALKS BACK TO THE PATROL CAR THAT COULD BE SEEN ON ~~LIEUTENANT'S~~ Sgt schain BODY CAM FROM 4:00 TILL THE END.

SEARCH OF THE CAR AND BARBER BAG THIS IS A COPY OF THE TOW SHEET AND BOOKING SLIP OF MR. FLORES WHERE THERE ARE NO APPLE EARBUDS INVENTORIED AT .....

MR. FLORES ASKS THE COURTS TO ALLOW THE VIDEO IN AS EVIDENCE DUE TO THE MISCONDUCT IN WHICH IT HOLDS OF EACH OFFICER AND THE KNOWING AND WILLING TO PARTICIPATE WITH THE STORY AND FABRICATION.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Larry Flores
   Defendant(s) City of Phoenix Police Dept (AKA) Phoenix Police Dept

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Maricopa County / AZ Superior Court

3. Docket or index number
   CR2022 123642001 / CV2023-004394 / CA CV23-0672
   CV-24-0236-PR

4. Name of Judge assigned to your case
   CV2023 004394 / CA CV23-0672
   Hon. J. Ryan Adkison / Hon. Brian Y. Furuya - Hon. James B. Morse Jr. &
   Hon. David D. Weinzweig

5. Approximate date of filing lawsuit
   March 23, 2023

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition.   1/10/2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Denied

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes  
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Lacey Flores

   Defendant(s) City of Phoenix Police Dept. AKA Phoenix Police Dept

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes  
   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-4-2025

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Larry Flores
Prison Identification #: 
Prison Address: 2312 E spring field PL, Chandler, AZ 85286

B. **For Attorneys**

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Page 11 of 11